THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ALBERT BROWN, Appellant.— Motion granted to prosecure appeal on certified copy of judgment roll, typewritten briefs, Daniel Maurin, Esq. assigned as attorney to conduct appeal and time for argument of appeal enlarged to include September 1960 Term of court.